IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NANCY BRIAN, Mother of
MARK AARON BRIAN, deceased                                              PLAINTIFF

v.                        3:15-cv-212-DPM/JTR

BNSF RAILWAY COMPANY                                                    DEFENDANT

ORDER

I disqualify myself. Burlington Northern Santa Fe Railway Company is on my recusal list. The Clerk must reassign this case at random by chip exchange.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2015